UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                   Chapter 11

Pearl 53 LLC,                                                       Case No.

                                           Debtor.
---------------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**

            Pearl 53 Member Trust No. 1      50%

            Pearl 53 Member Trust No. 2      50%


Dated:  New York, New York
        April 28, 2020

                                Pearl 53 LLC

                                By:    GC Realty Advisors LLC, as Manager

                                By:    _____
                                     Name: David Goldwasser
                                     Title:   Manager