# Notice Recipients

District/Off: 0207−1     User: galaimo     Date Created: 4/29/2020
Case: 1−20−41911−cec     Form ID: 764     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     J Ted Donovan     Tdonovan@gwfglaw.com
aty     Kevin J Nash     KNash@gwfglaw.com

                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Pearl 53 LLC     15 Cuttermill Rd     Ste 269     Great Neck, NY 11021−3252
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014

                                       TOTAL: 2